IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAPOINT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOVEREIGN BANK, <br><br> Defendant. | Docket No. 11-cv-4241 (BMC) |

## NOTICE OF AVAILABILITY OF A UNITED STATES
## MAGISTRATE JUDGE TO EXERCISE JURISDICTION

Exercise of this jurisdiction by a magistrate judge is permitted only if all parties voluntarily consent. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned. An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

Date: New York, New York
October 22, 2011

ROTHFARB LAW, PLLC

By: /s/ Evan S. Rothfarb
Evan S. Rothfarb (ER 9227)
evan.rothfarb@rothfarblaw.com

11 Broadway, Suite 615
New York, New York 10004
(212) 480-1010
*Attorneys for Zapoint, Inc.*

SCHIFF HARDIN LLP

By: /s/ Mathew B. West
Mathew B. West (MW 9117)
mwest@schiffhardin.com

666 Fifth Avenue
New York, New York 10103
(212) 753-5000
*Attorneys for Sovereign Bank*

So Ordered: 10/24/11

s/ BMC
_____
U.S.D.J.

NY\51074468.1