IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ZAPOINT, INC,

                Plaintiff,

   v.

SOVEREIGN BANK,

                Defendant.

Docket No. 11-cv-4241 (BMC)

**STIPULATION EXTENDING TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

       IT IS HEREBY STIPULATED, by the undersigned counsel for the parties, that Defendant Sovereign Bank's time to answer, move or otherwise respond to the amended complaint, dated September 20, 2011, shall be on or before December 12, 2011.

Date:  New York, New York
         December 1, 2011

| ROTHFARB LAW, PLLC | SCHIFF HARDIN LLP |
|---|---|
| By: /s/ Evan S. Rothfarb<br>Evan S. Rothfarb (ER 9227)<br>evan.rothfarb@rothfarblaw.com | By: /s/ Mathew B. West<br>Mathew B. West (MW 9117)<br>mwest@schiffhardin.com |
| 11 Broadway, Suite 615<br>New York, New York 10004<br>(212) 480-1010<br>*Attorneys for Zapoint, Inc.* | 666 Fifth Avenue<br>New York, New York 10103<br>(212) 753-5000<br>*Attorneys for Sovereign Bank* |

So Ordered:

_____
      Marilyn D. Go
United States Magistrate Judge

NY\51088793.1